



# MEMORANDUM OPINION

No. 04-08-00197-CR

Larry **ELIZONDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2004-CR-5737
Honorable Bert Richardson, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice

Delivered and Filed: June 25, 2008

DISMISSED

     Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal. The

motion is granted and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

                                           PER CURIAM

DO NOT PUBLISH